# United States Court of Appeals
## For the First Circuit

No. 07-2272

FRANCIS HANNON,
Plaintiff, Appellant,

RAYMOND COOK; SEAN MILLIKEN; WAYNE D. CROSBY; LAWRENCE M.
MCARTHUR; KEVIN KING; HENRY LAPLANTE; WILLIAM WHITE;
CHRISTOPHER DEMARCO; ANGEL PIMENTAL; JOSEPH LODICO;
STEVEN BALSAVICH; and EDWARD KEITH,
Plaintiffs,

v.

JEFFREY BEARD and MARYJANE HESSE,
Defendants, Appellees,

MICHAEL T. MALONEY; PETER ALLEN; KRISTIE LADOUCEUR;
KENNETH DEORSEY; PAUL DUFORD; JEFFREY GRIMES; RICHARD MEDEIROS;
GILBERT LEMON, II; JOHN DOES 1-50; CLARK COLOR LAB;
VINCENT MOONEY; MASSACHUSETTS DEPARTMENT OF CORRECTIONS;
FREDERICK CALLENDAR; RICHARD MCARTHUR; JAMES SULLIVAN;
GARY FYFE; ROBERT KOLBER; and HERBERT BERGER-HERSHKOWITZ,
Defendants.

**ERRATA**

The opinion of this court issued on April 28, 2008 is amended as follows:

The following sentence contained on page 4, lines 18-19 is deleted: "Hannon states that this fact was confirmed by prison personnel with whom he spoke."